IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES L.,

    Plaintiff,                                         Case No. 3:20-cv-154

vs.

COMMISSIONER OF THE SOCIAL            District Judge Michael J. Newman
SECURITY ADMINISTRATION,

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 32); AND (2) AWARDING PLAINTIFF $4,725.00 IN EAJA FEES**

---

This Social Security case is before the Court on the parties' joint motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,725.00. Doc. No. 32. The parties do not dispute that all requirements are met for a reasonable award of EAJA fees. *Id.* at PageID 748. Therefore, the Court: (1) **GRANTS** the parties' joint motion; and (2) **AWARDS** Plaintiff EAJA fees in the amount of $4,725.00. Counsel for the parties shall verify whether Plaintiff owes a pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and his counsel. No further matters require review in this case; accordingly, it remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

  February 14, 2021                                               s/ Michael J. Newman
                                                                  Hon. Michael J. Newman
                                                                   United States District Judge